UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL K. LARSON,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

No. 2:20-CV-1778-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, and noting the absence of objections to the Report and Recommendation, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's federal habeas Petition is dismissed without prejudice as second or successive. Petitioner's pending Motion to Compel for Information and Motion for Vicarious Exhaustion of State Remedies (Dkt. 8, 9) are denied as moot.

(3)     A certificate of appealability is denied in this case.

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 5th day of May, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1